**Order entered March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00990-CV

### JEANNIE MCKELVY, Appellant

### V.

### COLUMBIA MEDICAL CENTER OF MCKINNEY, SUBSIDIARY, L.P. D/B/A MCKINNEY MEDICAL CENTER, Appellee

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-04187-2011**

## ORDER

We **GRANT** appellant's March 26, 2014 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file her reply brief on or before April 1, 2014.

/s/  ADA BROWN
    JUSTICE